UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>    Plaintiff,<br><br> v.<br><br>KING COUNTY SUPERIOR COURT,<br><br>    Defendant. | Case No. C22-0928-JCC<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). Dkt. 1. He indicates he is unemployed but receives some money from public assistance, has no cash on hand or money in checking or savings accounts, no interest in any property, and no monthly expenses. He lists his mailing address as an apartment in Seattle, Washington; however, his IFP application indicates he is homeless. The Court is unable to consider Plaintiff's request to proceed IFP. Plaintiff must clarify for the Court whether he is housed and must provide complete and detailed information as to his financial status, including information detailing his basic monthly expenses, like food and (if applicable) shelter, and how he satisfies those expenses.

MINUTE ORDER - 1

Plaintiff is directed to submit a revised IFP application within **twenty (20) days** of the date of this Minute Order.  Failure to comply with this directive may result in denial of the application to proceed IFP and/or dismissal of this matter.

Dated this 12th day of July, 2022.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2