UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

             Plaintiff,

  v.

KING COUNTY SUPERIOR COURT,

             Defendant.

Case No. C22-0928-JCC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 5, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk is directed to send copies of this Order to the parties and to the assigned District Judge.

      Dated this 28th day of July, 2022.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1