FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 05 2022   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

**Instructions for use:**
1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

No Summons Issued IFP

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

Hagos Teklemariam Daniel
Plaintiff(s)

vs.

King County Superior Court
Court No. 21-1-00412-4

Defendant(s),

22-CV-00928 JCC

**CIVIL RIGHTS COMPLAINT UNDER
42 U.S.C. §1983**
(for use only by plaintiffs not in custody)

**Parties to this Complaint:**

| Plaintiff's Name, Address and Phone Number | Daniel Teklemariam Hagos<br>7618 40th Ave Apt. 105 Seattle Wa. 98118<br>(206) 670-8189 |
|---|---|
| Defendant's Name, Address and Phone Number | King County Superior Court<br>No. 21-1-00412-4 |
| Defendant's Name, Address and Phone Number | |

Defendant's Name, Address and Phone Number

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

**Previous Lawsuits:**

Have you brought any other lawsuits in any federal court in the United States:?

☒ No   ☐ Yes   If Yes, how many? [ ]

**Describe the lawsuit:**

Parties to this previous lawsuit:

Plaintiff(s): Hagos

Defendant(s): City of Seattle

(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)

Court and Name of District: United States District

Docket Number: ~~2:22~~ 2:22-cv-00191-RSM

Assigned Judge: Judge Ricardo S. Martinez

Disposition: (For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)
dismisse with Prejudice
It is still Pending

Approximate filing date of lawsuit: Year 2021

Approximate date of disposition: year 2022

**Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. **Do not give any legal arguments or cite any cases or statutes.** If you allege a number of related claims, number and set forth each claim in a separate paragraph. (Attach additional sheets if necessary.)

I got incarcerated on Sept 28, 2021 and got released on or about 5-5-22.

The State court No. 21-1-00412-4 violated my 60 day speedy trial rule CrR. 3.3. Finding that the 60 day speedy trial period was waived at preliminary hearing.

The court prejudice my hearing under CrR. 4.4 the court Abused its discretion and False evidence Claim False Imprisonment

**Relief**
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Pain & Suffering, Punitive damages Monetary Damages And I would The King County Superior Court to dissmiss the case with prejudice Monetary Damages for $10,000,000

I declare under penalty of perjury that the foregoing is true and correct.

6-27-22
Date

Signature of Plaintiff

State v. White 23 Wn. App. 438
1. (Wash. Ct. App. 1979)
2.    CrR 3.3 states in pertinent part:
3.    (a) Responsibility of Court. It shall be the
4. responsibility of the court to insure to each
5. person charged with crime a speedy trial
6. ~~within~~ in accordance with the provisions
7. of this rule.
8.    (b) Time Limit. A criminal charge shall
9. be brought to trial within ~~90~~ 90 days
10. following the preliminary appearance.
11.    (c) Priority Over Civil Cases. Criminal
12. trials shall take precedence over civil. A
13. defendant unable to obtain pretrail
14. release shall have priority and the
15. charge shall be brought to trial
16. within 60 days following the
17. preliminary appearance.
18.
19.
20.
21.
22.
23.
24.
25.
26.

| | |
|---|---|
| 1. | State v. Gatalski 40 Wn. App. 601 |
| 2. | (Wash. Ct. App. 1985) |
| | Criminal Law - Trial - Joinder or Severance - |
| 3. | Offenses - Discretion of Court. |
| 4. | The trial court has considerable |
| 5. | discretion in deciding whether to allow |
| 6. | the joinder of offenses of a similar |
| 7. | character under [602] CrR 4.3 (a)(1), |
| 8. | and a defendant contesting the [602] denial |
| 9. | of a motion for severance under |
| 10. | CrR 4.4(b) must demonstrate that |
| 11. | the court abused its discretion |
| 12. | by denying the motion. |