# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>                    Plaintiff,<br>    v.<br><br>KING COUNTY SUPERIOR COURT,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-0928-JCC |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's complaint is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

    DATED this 19th day of August 2022.

                                                            RAVI SUBRAMANIAN<br>
                                                            Clerk of Court

                                                            /s/ *Sandra Rawski*<br>
                                                            Deputy Clerk